**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 13-30918 |
| **ERIC J PERBOHNER** | § | |
| **MICHELLE E PERBOHNER** | § | |
| **DEBTOR(S)** | § | **CHAPTER 13** |
| | § | |
| JP Morgan Chase Bank, N.A. | § | |
| **CREDITOR** | § | |
| | § | |
| | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that Creditor, JP Morgan Chase Bank, N.A., ("Creditor"), desires to withdraw its **Proof of Claim (Claim #27)** in the amount of $ **177413.04** filed on **11/27/2013**, without prejudice to refiling at a later date.

Dated: December 7, 2014

      Respectfully submitted,
      Buckley Madole, P.C.

      /s/ Craig A Edelman
      Craig A Edelman
      14841 Dallas Parkway, Suite 300
      Dallas, TX  75254
      (972) 643-6600
      (972) 643-6698 (Telecopier)
      Email: POCInquiries@BuckleyMadole.com
      Authorized agent for JP Morgan Chase Bank, N.A.

## CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 9th day of December, 2014 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
ERIC J PERBOHNER
MICHELLE E PERBOHNER
1157 SHERWOOD ROAD
HIGHLAND PARK, IL 60035

**Debtors' Attorney**
MOHAMMED O BADWAN
900 JORIE BLVD STE 150
OAK BROOK, IL 60523
Attorney at Law

**Trustee**
GLENN B STEARNS
801 WARRENVILLE RD STE 650
LISLE, IL 60532

                                      /s/ Craig A Edelman
                                      Craig A Edelman