IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

ERIC J. PERBOHNER and

MICHELLE E. PERBOHNER

Debtor(s)

Case No. 1:13-bk-30918

Chapter 13

Honorable Judge A. Benjamin Goldgar

## NOTICE OF MOTION

To:  Glenn B. Stearns, Chapter 13 Trustee (via Electronic Case Filing)
*See attached service list* (via United States First Class Mail)

PLEASE TAKE NOTICE that on on September 9, 2016 at 9:30 a.m., the undersigned will appear before the Honorable Judge A. Benjamin Goldgar at the North Branch Court, 1792 Nicole Lane, Round Lake Beach, Illinois and will then and there present **DEBTOR'S MOTION TO INCUR AND/OR OBTAIN DEBT AND SHORTEN NOTICE,** at which time you may appear, if you so choose.

## CERTIFICATE OF SERVICE

I, Joseph S. Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Glenn B. Stearns, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on August 24, 2016 before the hour of 5:00 p.m. from the office located at 900 Jorie Boulevard, Suite 150, Oak Brook, Illinois 60523.

*/s/ Joseph Scott Davidson*
Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Telephone: (630)575-8181
Facsimile: (630)575-8188

*Counsel for Michelle E. Perbohner*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 13-30918<br>Northern District of Illinois<br>Chicago<br>Tue Aug 23 13:19:51 CDT 2016 | Bayview Loan Servicing, LLC, a Delaware Limi<br>c/o Heavner, Beyers, & Mihlar LLC<br>Post Office Box 740<br>Decatur, IL 62525-0740 | Etrade Bank<br>c/p Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd.<br>5th Floor<br>Coral Gables, FL 33146-1837 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | JP MORGAN CHASE BANK, N.A.<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | JPMorgan Chase Bank, NA<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | SPECIALIZED LOAN SERVICING LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| ALTAIR OH XIII, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | ANTIO, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | American Airlines Federal Credit Union<br>MD 2100, P.O Box 619001<br>DFW Airport, TX 75261-9001 |
| Bayview Financial Loan<br>Bankruptcy Dept<br>4425 Ponce De Leon Blvd  5th Fl<br>Miami, FL 33146-1873 | Bayview Loan Servicing<br>62516 Collection Center Drive<br>Chicago, IL 60696-0001 | Bayview Loan Servicing, LLC, a Delaware Limi<br>c/o Heavner, Beyers & Mihlar, LLC<br>Post Office Box 740<br>Decatur, Illinois  62525-0740 |
| Blatt, Hasenmiller, Leibsker and Moore,<br>125 S. Wacker Drive, Suite 400<br>Chicago, IL 60606-4440 | Capital One, N.A. *<br>c/o American Infosource<br>P.O Box 54529<br>Oklahoma City, OK 73154-1529 | Capital One, N.A.*<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3407 |
| Chase *<br>ATTN:  Bankruptcy Department<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Home Finance<br>Glenn J. Mouridy, President<br>194 Wood Avebue South, 2nd FL<br>Iselin, NY 08830-2710 | Citibank SD Attn: Centralized bankruptcy<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Comenity Bank<br>PO Box 182789<br>Columbus, OH 43218-2789 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Department of the Treasury<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| Equifax Information Services, LLC<br>1550 Peachtree Street NW<br>Atlanta, GA 30309 | Etrade Bank<br>c/o Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables, Florida 33146-1837 | Experian Information Solutions, Inc.<br>475 Anton Boulevard<br>Costa Mesa, CA 92626-7037 |

| | | |
|---|---|---|
| FIFTH THIRD BANK<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TEXAS 75243-4652 | Fifth Third Bank<br>Fifth Third Bank Bankruptcy Department,<br>1830 East Paris Ave.<br>Grand Rapids, MI 49546-6253 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| GE Capital Retail Consumer Finance<br>1600 Summer Street<br>Fifth Floor<br>Stamford, CT 06905-5125 | Heavner Scott & Beyers<br>111 E. Main Street, #200<br>Decatur, IL 62523-1204 | Heavner, Scott, Beyers & Mihlar, LLC<br>PO Box 740<br>Decatur, IL 62525-0740 |
| JPMorgan Chase<br>270 Park Avenue<br>New York, NY 10017-2014 | JPMorgan Chase Bank, NA<br>Chase Records Center<br>Attn: Correspondence Mail<br>700 Kansas Lane<br>Mail Code LA4-5555<br>Monroe, LA 71203-4774 | Kohl's<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Macy's Inc.<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | Nordstrom<br>Attention: Bankruptcy Department<br>Po Box 6566<br>Englewood, CO 80155-6566 |
| Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155-6566 | Peoples Gas Light & Coke Company<br>130 E. Randolph Street<br>Chicago, IL 60601-6207 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sears / CBSD<br>Attn: Bankruptcy Department<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 | Sears Bankruptcy Recovery<br>7920 NW 110th Street<br>Kansas City, MO 64153-1270 |
| Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | TD BANK USA, N.A.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank, NA<br>1701 Route 70 East<br>Cherry Hill, NJ 08003-2335 |
| Target Credit Card (TC)<br>P.O. Box 9475<br>Minneapolis, MN 55440-9475 | Trans Union LLC<br>1561 E. Orangethorpe Avenue<br>Fullerton, CA 92831-5210 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| USAA Federal Savings Bank<br>10750 McDermott Fwy.<br>San Antonio, TX 78288-1600 | (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 | Eric J. Perbohner<br>1157 Sherwood Road<br>Highland Park, IL 60035-2933 |
| Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532-4350 | Michelle E. Perbohner<br>1157 Sherwood Road<br>Highland Park, IL 60035-2933 | Mohammed O Badwan<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd Ste 150<br>Oak Brook, IL 60523-3810 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN 56302-9617

Citicorp Credit Services *
ATTN: Internal Recovery; Centralized Bk
P.O. Box 20507
Kansas City, MO 64195

Dell Financial Services
12234 N IH 35
Austin, TX 78753


(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541


(d)Portfolio Recovery Associates, LLC
successor to CAPITAL ONE, N.A.
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
successor to CHASE BANK USA, N.A.
(CHASE BANK USA, N.A.)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
successor to CHASE BANK USA, N.A.
POB 41067
Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC
successor to GE CAPITAL RETAIL BANK
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
successor to US Bank National Associatio
POB 41067
Norfolk VA 23541

Von Maur
6565 Brady STREET
Davenport, IA 52806


(d)Von Maur
PO Box 790298
Saint Louis, MO 63179



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients    60
Bypassed recipients     1
Total                  61

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

ERIC J. PERBOHNER and

MICHELLE E. PERBOHNER

Debtor(s)

Case No. 1:13-bk-30918

Chapter 13

Honorable Judge A. Benjamin Goldgar

## DEBTOR'S MOTION TO INCUR AND/OR OBTAIN DEBT AND SHORTEN NOTICE

NOW COMES, MICHELLE E. PERBOHNER (hereinafter "Debtor"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., moves this Court for an Order Allowing Debtor to Incur and/or Obtain Debt, and in support thereof, states as follows:

1. On August 11, 2013, a bankruptcy case concerning Debtor was filed under Chapter 13 of the United States Bankruptcy Code.

2. On February 21, 2014, an Order Confirming Chapter 13 Plan was entered.

3. Debtor's confirmed Chapter 13 Plan provides:

   8. General unsecured claims (GUCs). All allowed nonpriority unsecured claims, not specially claissifed, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, to the extent possible from the payments set out in Section D, but not less than 19% of their allowed amount.]

4. Debtor's confirmed Chapter 13 Plan provides for Debtor to pay to the trustee $1,316.00 monthly for 12 months [and $1,875 per month for 12 months, then $2,279.00 per month for 36 months], for total payments, during the initial plan term, of $120,336.00.

5. Debtor intends to finance the purchase of a 2010 Volkswagen Tiguan, to replace Debtor's 2001 Land Rover Discovery Series II SD, which has been rendered inoperable. Debtor requires a motor vehicle Pursuant to the Motor Vehicle Purchase Agreement and Invoice, Debtor shall pay

$251.00 monthly for sixty (60) months $13,268.99 total cash price delivered. See Exhibit A, a true and correct copy of the Motor Vehicle Purchase Agreement and Invoice.

6. Debtor remains employed by Jack Freeman Trucking, and is subject to an Order to Pay Funds to the Trustee.

7. Debtor requests the notice requirement be shortened from 21 days to 16 days as Debtor's 2001 Land Rover Discovery Series II SD, has been rendered inoperable, and Debtor requires a motor vehicle to commute to and from work.

WHEREFORE, Debtor respectfully requests this Court enter an Order allowing Debtor to finance the purchase of a 2010 Volkswagen Tiguan, whereby Debtor shall pay $251.00 monthly for sixty (60) months $13,268.99 total cash price delivered; and grant any other relief deemed appropriate and equitable.

Dated: August 24, 2016

Respectfully submitted,

*/s/ Joseph Scott Davidson*
Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Telephone: (630)575-8181
Facsimile: (630)575-8188

*Counsel for Michelle E. Perbohner*